1  (Counsel of record on next page)

Lodged proposed order

**ORIGINAL**

FILED
2012 JUN -4 PM 1:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK KANTARIA, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and DOES 1-10, inclusive,<br><br>Defendants. | No. CV 12-00494 DMG (DTBx)<br><br>**JOINT APPLICATION TO FILE UNDER SEAL JOINT MOTION TO DISMISS ACTION** |

LEGAL_US_W # 71545656.1

JOINT APPLICATION TO FILE UNDER SEAL
JOINT MOTION TO DISMISS OF ACTION
U.S.D.C., C.D. Cal., No. CV 12-00494 DMG (DTBx)

ORIGINAL

| | |
|---|---|
| 1 | MICHAEL JOSEPHSON (*pro hac vice*) |
|   | (Texas Bar ID No. 24014780) |
| 2 | JOSEPH MELUGIN (Cal. State Bar No. 279239) |
| 3 | FIBICH, HAMPTON, LEEBRON, BRIGGS & JOSEPHSON LLP |
|   | 1150 Bissonnet |
| 4 | Houston, Texas  77005 |
|   | Telephone: (713) 751-0025 |
| 5 | Facsimile: (713) 751-0030 |
|   | mjosephson@fhl-law.com |
| 6 | jmelugin@fhl-law.com |
| 7 | |
|   | H. SCOTT LEVIANT (Cal. State Bar No. 200834) |
| 8 | IRA SPIRO (Cal. State Bar No. 67641) |
|   | SPIRO MOSS, LLP |
| 9 | 11377 W. Olympic Blvd., Fifth Floor |
|   | Los Angeles, California  90064 |
| 10 | Telephone: (310) 235-2468 |
| 11 | Facsimile: (310) 235-2456 |
|   | scott@spiromoss.com |
| 12 | ira@spiromoss.com |
| 13 | |
|   | Attorneys for Plaintiffs |
| 14 | Nick Kantaria, Jonathan Cheeseman, and Tony Rolf |
| 15 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| 16 | RISHI N. SHARMA (Cal. State Bar No. 239034) |
|   | ELIZABETH J. MACGREGOR (Cal. State Bar No. 267326) |
| 17 | PETER A. COOPER (Cal. State Bar No. 275300) |
|   | PAUL HASTINGS LLP |
| 18 | 55 Second Street, 24th Floor |
|   | San Francisco, California  94105 |
| 19 | Telephone: (415) 856-7000 |
| 20 | Facsimile:  (415) 856-7100 |
|   | jeffwohl@paulhastings.com |
| 21 | rishisharma@paulhastings.com |
|   | elizabethmacgregor@paulhastings.com |
| 22 | petercooper@paulhastings.com |
| 23 | |
|   | Attorneys for Defendant |
| 24 | Target Corporation |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL_US_W # 71545656.1

JOINT APPLICATION TO FILE UNDER SEAL
JOINT MOTION TO DISMISS OF ACTION
U.S.D.C., C.D. Cal., No. CV 12-00494 DMG (DTBx)

Named and putative opt-in plaintiffs Nick Kantaria, Jonathan Cheeseman, and Tony Rolf ("Plaintiffs") and defendant Target Corporation ("Target") hereby jointly apply to the Court for an order that the parties' Joint Motion to Dismiss Action (the "Joint Motion to Dismiss") be filed under seal, and in support of the application represent to the Court as follows:

1. After good-faith negotiations conducted by their respective counsel, Plaintiffs and Target have agreed to settle their claims asserted in this action and all other differences between them, by means of a Settlement Agreement, a true copy of which is attached to the Joint Motion to Dismiss as Exhibit A.

2. A material term of the parties' Settlement Agreement is that the terms and conditions of the settlement be kept confidential.

3. By this joint application, the parties respectfully request that the Court order that the Joint Motion to Dismiss be filed under seal to preserve the confidentiality of the Settlement Agreement.

Dated: June 4, 2012.

MICHAEL JOSEPHSON
JOSEPH MELUGIN
FIBICH, HAMPTON, LEEBRON, BRIGGS & JOSEPHSON LLP

H. SCOTT LEVIANT
IRA SPIRO
SPIRO MOSS LLP

By: _____
Michael Josephson
Attorney for Plaintiffs Nick Kantaria, Jonathan Cheeseman, and Tony Rolf

This joint application is filed by Jeffrey D. Wohl. All other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 4, 2012.

JEFFREY D. WOHL
RISHI N. SHARMA
ELIZABETH J. MACGREGOR
PETER A. COOPER
PAUL HASTINGS LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant Target Corporation